IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

DALE JONES, et al.                                                      PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 2:02cv843KS-JMR

ALFA MUTUAL, ET AL                                                      DEFENDANT

## ORDER

This cause comes before the Court in light of Plaintiff's Notice of Appeal to the United States Court of Appeal for the Fifth Circuit, the Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes. Parties are to notify the Court within ten days of any matter needing the assistance of the Court.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered.

This the 28th day of November, 2005.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE